# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

LYNETTE WALIANY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

SEA MAR COMMUNITY HEALTH CENTERS,

    Defendant.

Case No. 2:22-cv-00182-RSL-TLF

**ORDER GRANTING STIPULATED MOTION TO REMAND ACTION TO STATE COURT**

The Court, having reviewed the Stipulated Motion to Remand Action, hereby orders that the above-captioned Action be remanded to King County Superior Court.

Dated this 2nd day of June, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND
ACTION TO STATE COURT - 1
Case No. 2:22-cv-00182-RSL-TLF

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com